KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RABAH ABDELFATAH,<br><br>    Applicant/Petitioner,<br><br>  v.<br><br>DAVID N. STILL, District Director; U.S. Citizenship and Immigration Services,<br><br>    Respondent. | No. C 06-3187 CRB<br><br>**STIPULATION TO EXTEND DATES; and [~~PROPOSED~~] ORDER** |

 Petitioner, by and through his attorney of record, and Respondent, by and through his attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

 1. Petitioner filed this action on or about May 12, 2006, and Respondent filed his Answer on July 13, 2006.

 2. Pursuant to this Court's May 12, 2006 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on August 11, 2006, and attend a case management conference on August 18, 2006.

 3. In order to allow sufficient time for the parties to consider an alternative resolution to this case and/or prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Stip. to Extend Dates
C06-3187 CRB

| | | |
|---|---|---|
| 1 | Last day to file Joint ADR Certification: | September 8, 2006 |
| 2 | Last day to file/serve Joint Case Management Statement: | September 15, 2006 |
| 3 | Case Management Conference: | September 22, 2006 at 8:30 a.m. |

Dated: July 27, 2006                    Respectfully submitted,

KEVIN V. RYAN
United States Attorney


                                        /s/
                                        ILA C. DEISS
                                        Assistant United States Attorney
                                        Attorney for Defendants


Dated: July 27, 2006                     /s/
                                        DONALD UNGER
                                        Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  August 04, 2006

*[Signature stamp: IT IS SO ORDERED, Judge Charles R. Breyer, United States District Court, Northern District of California]*

Stip. to Extend Dates
C06-3187 CRB                              2