1  KEVIN V. RYAN, CSBN 118321
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7124
      FAX: (415) 436-7169
7
   Attorneys for Respondent
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 RABAH ABDELFATAH,                )
                                    ) No. C 06-3187 CRB
13           Applicant/Petitioner,  )
                                    )
14      v.                          ) **STIPULATION TO REMAND;**
                                    ) **and [PROPOSED] ORDER**
15 DAVID N. STILL, District Director; U.S. )
   Citizenship and Immigration Services, )
16                                  )
             Respondent.             )
17 _____ )

18     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

19 of record, hereby stipulate, subject to the approval of the Court, that this action be remanded

20 pursuant to 8 U.S.C. 1447(b) to the United States Citizenship and Immigration Services

21 ("USCIS") with an order that USCIS adjudicate Plaintiff's Naturalization Application ("Form N-

22 400") within 60 days after approval of this stipulation by the Court.

23     Each of the parties shall bear their own costs and fees.

24 ///

25 ///

26 ///

27 ///

28 ///

Stip. to Remand
C06-3187 CRB

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: September 21, 2006 | Respectfully submitted, |
| 3 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | |
| 5 | | _____/s/_____ |
| 6 | | ILA C. DEISS<br>Assistant United States Attorney |
| 7 | | Attorneys for Respondent |
| 8 | | |
| 9 | Dated: September 21, 2006 | _____/s/_____<br>DONALD UNGER |
| 10 | | Attorney for Petitioner |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  September 21, 2006

_____
CHARLES R. BREYER
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

Stip. to Remand
C06-3187 CRB                              2